UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ronicia La Tressa Benjamin,<br><br>　　Petitioner<br><br>v.<br><br>Gabriela Najera,<br><br>　　Respondents | Case No.: 2:22-cv-01059-APG-VCF<br><br>**Order Denying Petitioner's Motion for Amended Document and Motion for IFP Application**<br><br>[ECF Nos. 9, 10] |

　　Petitioner Ronicia La Tressa Benjamin filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. Before me in this closed habeas matter is Benjamin's motion for amended document (ECF No. 9) and motion for IFP application (ECF No. 10).

　　I previously dismissed Benjamin's petition without prejudice because her claims were not cognizable in federal habeas. ECF No. 5. I informed Benjamin that her First Amendment claims do not fall within the core of habeas corpus and must, instead, be brought under 42 U.S.C. § 1983 in a new case if she chooses to do so. *Id*. The Clerk of the Court attached a blank copy of the form complaint for civil rights actions under § 1983. *Id*. Because this case is closed and the Clerk of the Court has already sent a copy of the § 1983 form complaint, I deny Benjamin's motions.

　　I THEREFORE ORDER that Benjamin's motion for amended document (ECF No. 9) and motion for IFP application (ECF No. 10) are DENIED.

　　DATED this 13th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE